AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Baylson, Michael M. | 2. Court or Organization U.S.D.C. Eastern Dist. Of Pa. | 3. Date of Report 06/09/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 3810 U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 16 A 11: 03 FINANCIAL DISCLOSURE OFFICE

**Baylson, Michael M**

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Matthew Bender & Co. - legal article | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-Employed Physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. New York Intellectual Property Law Association | March 28 - 29, 2008 | New York, NY | Annual Judges Dinner | Travel Expenses |
| 2. First Amendment Center & Judicial Branch Committee of the Judicial Conference | May 12 - 13, 2008 | Washington, DC | Justice & Journalism Prgm | Travel Expenses |
| 3. Judicial Conference | May 14 - 15, 2008 | Washington, DC | Conference | Travel Expenses |
| 4. Foundation for Research on Economics and the Environment | July 20 - 24, 2008 | Bozeman, MT | Climate, Economics Prgm | Travel Expenses |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | Margin Loan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon Mobil Corp. | A | Dividend | L | T | | | | | |
| 2. Verizon Communications | D | Dividend | M | T | | | | | |
| 3. Viacom Inc. Class B | | None | J | T | | | | | |
| 4. Israel State 15 Yr Dollar Current Income Bond 7th | A | Interest | J | T | | | | | |
| 5. Command Money Fund | A | Interest | J | T | | | | | |
| 6. AT&T Corp. | C | Dividend | L | T | | | | | |
| 7. Bank of America | C | Dividend | L | T | | | | | |
| 8. BP Plc Sponsored ADR | B | Dividend | L | T | | | | | |
| 9. Fidelity National Information Services | A | Dividend | K | T | | | | | |
| 10. Choicepoint Inc. | | None | | | Sold | 09/19 | K | E | |
| 11. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 12. Comcast Corp. Class A Special | A | Dividend | J | T | | | | | |
| 13. Conoco Inc. Class B | A | Dividend | K | T | | | | | |
| 14. Delphi Automotive Systems Corp. | | None | J | T | | | | | |
| 15. Equifax Inc. | A | Dividend | K | T | | | | | |
| 16. Exelon Corp. | C | Dividend | L | T | | | | | |
| 17. E4L Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric Co. | D | Dividend | L | T | | | | | |
| 19. General Motors Corp. | A | Dividend | J | T | | | | | |
| 20. General Motors Corp. Class H New | | None | J | T | | | | | |
| 21. International Business Machines | B | Dividend | L | T | | | | | |
| 22. J.P. Morgan Chase & Co. Common New | B | Dividend | K | T | | | | | |
| 23. Keycorp. New | A | Dividend | J | T | | | | | |
| 24. Alcatel-Lucent | | None | J | T | | | | | |
| 25. MHM Services Inc. | | None | J | T | | | | | |
| 26. Motorola Inc. | A | Dividend | J | T | | | | | |
| 27. NCR Corp. | | None | J | T | | | | | |
| 28. PNC Financial Services Corp. | C | Dividend | L | T | Sold (part) | 07/28 | J | B | |
| 29. | | | | | Sold (part) | 07/29 | K | D | |
| 30. | | | | | Sold (part) | 09/16 | K | D | |
| 31. Prologis Trust SBI | A | Dividend | J | T | | | | | |
| 32. TPI Enterprise, Inc. | | None | J | T | | | | | |
| 33. Wachovia Corp. 2nd | A | Dividend | J | T | | | | | |
| 34. Walmart De Mexico SA Sponsored ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Western Digital Corp. Del | | None | J | T | | | | | |
| 36. Franklin Mutual Ser Fund Inc. | A | Dividend | J | T | | | | | |
| 37. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 38. CMF Money Market Portfolio | | None | J | T | | | | | |
| 39. Oncologix Tech Inc. | | None | J | T | | | | | |
| 40. Comcast Corp. Class A | | None | J | T | | | | | |
| 41. Comcast Corp. Class A Special | | None | J | T | | | | | |
| 42. Menlo Acquisitions Corp. | A | Dividend | K | T | | | | | |
| 43. PNC Financial Services Group Inc. | A | Dividend | J | T | | | | | |
| 44. Great Lakes Bancorp, Inc. | | None | | | Merged (with line 45) | 02/20 | J | | |
| 45. First Niagara Financial Group, Inc. | A | Dividend | J | T | Transferred (from line 44) | 02/20 | J | | |
| 46. Oncologix Tech Inc. | | None | J | T | | | | | |
| 47. Cisco Systems Inc. | | None | J | T | | | | | |
| 48. CBRX | | None | J | T | | | | | |
| 49. Covad Communications Group | | None | | | Redeemed | 04/15 | J | A | |
| 50. Salix | | None | J | T | | | | | |
| 51. Intel Corp. | A | Dividend | J | T | Buy (add'l) | 10/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 53. Nokia Corp. ADR | A | Dividend | J | T | | | | | |
| 54. Qualcomm Communications | A | Dividend | K | T | | | | | |
| 55. Qwest Communications International Inc. | | None | J | T | | | | | |
| 56. Safeguard Scientifics Inc. | | None | J | T | Buy (add'l) | 06/26 | J | | |
| 57. | | | | | Buy (add'l) | 07/02 | J | | |
| 58. | | | | | Buy (add'l) | 07/10 | J | | |
| 59. | | | | | Buy (add'l) | 09/15 | J | | |
| 60. | | | | | Buy (add'l) | 09/18 | J | | |
| 61. | | | | | Buy (add'l) | 10/10 | J | | |
| 62. | | | | | Buy (add'l) | 10/13 | J | | |
| 63. | | | | | Buy (add'l) | 10/30 | J | | |
| 64. | | | | | Buy (add'l) | 10/31 | J | | |
| 65. | | | | | Buy (add'l) | 12/01 | J | | |
| 66. Sun Microsystems Inc. | | None | J | T | | | | | |
| 67. Worldcom Inc. | | None | J | T | | | | | |
| 68. Government of Israel | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Advanced Reproductive Care | | None | J | W | | | | | |
| 70.  Baumrin et al Partnership | | None | K | W | | | | | |
| 71.  BC Partnership | | None | | | Closed | 12/31 | J | | |
| 72.  Philadelphia Fertility Institute | | None | | | Closed | 01/01 | J | | |
| 73.  Pennsylvania Reproductive Assoc. | | None | | | Closed | 01/01 | J | | |
| 74.  Clinton Endocrine Assoc. | | None | | | Closed | 01/01 | J | | |
| 75.  Fertility Testing Lab | | None | | | Closed | 01/01 | J | | |
| 76.  Brandywine Mutual Fund | | None | | | Sold (part) | 01/14 | J | B | |
| 77.  | | | | | Sold (part) | 04/29 | J | A | |
| 78.  | | | | | Sold | 09/10 | J | A | |
| 79.  MSDW UGMA Equity | C | Dividend | K | T | | | | | |
| 80.  MSDW UGMA Small Cap | A | Dividend | K | T | Sold (part) | 04/15 | K | C | |
| 81.  MSDW UGMA Mid Cap Growth | A | Dividend | L | T | Sold (part) | 04/15 | K | C | |
| 82.  Washington Mutual | A | Dividend | J | T | Buy (add'l) | 07/18 | J | | |
| 83.  Greenspan-Baylson Partnership | A | Int./Div. | K | U | | | | | |
| 84.  LSI Logic | | None | J | T | | | | | |
| 85.  Nortel | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Colums B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Baylson, Michael M. | - | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Taro | | None | J | T | | | | | |
| 87. Teva | A | Dividend | K | T | | | | | |
| 88. BB Partnership | | None | K | W | | | | | |
| 89. Zabecor | | None | K | W | | | | | |
| 90. Planet Data Acq. | | None | K | W | | | | | |
| 91. Planet Data Acq. Note Receivable | | None | | | Matured | 01/01 | | | |
| 92. Schwab Adv Cash Reserve - Brokerage #1 | A | Dividend | J | T | | | | | |
| 93. DFA Emerging Mkts - Brokerage #1 | | None | | | Sold | 01/14 | J | C | |
| 94. DFA Intl Small Value - Brokerage #1 | | None | | | Sold | 01/14 | J | A | |
| 95. DFA Tax Mgd Intl Value - Brokerage #1 | A | Dividend | | | Sold (part) | 01/14 | J | A | |
| 96. | | | | | Sold | 04/29 | J | A | |
| 97. DFA Tax Mgd US Small - Brokerage #1 | A | Dividend | | | Sold (part) | 01/14 | J | A | |
| 98. | | | | | Sold | 04/29 | J | A | |
| 99. DFA US Micro - Brokerage #1 | A | Dividend | | | Sold (part) | 01/14 | J | A | |
| 100. | | | | | Sold | 09/10 | J | A | |
| 101. First Eagle Overseas - Brokerage #1 | | None | | | Sold (part) | 01/14 | J | A | |
| 102. | | | | | Sold | 09/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hotchkis & Wiley Core Value - Brokerage #1 | | None | | | Sold (part) | 03/05 | K | A | |
| 104. | | | | | Sold (part) | 04/29 | J | A | |
| 105. | | | | | Sold | 09/10 | J | A | |
| 106. Janus Overseas - Brokerage #1 | | None | | | Sold (part) | 01/14 | J | B | |
| 107. | | | | | Sold | 09/10 | J | A | |
| 108. Royce Value Plus - Brokerage #1 | | None | | | Sold (part) | 01/14 | J | A | |
| 109. | | | | | Sold | 09/10 | J | A | |
| 110. Schroder Short-Term Muni - Brokerage #1 | A | Dividend | | | Sold (part) | 01/02 | K | A | |
| 111. | | | | | Sold | 01/14 | K | A | |
| 112. Thornburg Intl Value - Brokerage #1 | A | Dividend | | | Sold (part) | 03/05 | J | A | |
| 113. | | | | | Sold (part) | 04/29 | J | A | |
| 114. | | | | | Sold | 09/10 | J | A | |
| 115. Westcore Intl Frontier - Brokerage #1 | | None | | | Sold (part) | 04/29 | J | A | |
| 116. | | | | | Sold | 09/10 | J | A | |
| 117. Schwab Adv Cash Reserve - IRA #1 | B | Dividend | K | T | | | | | |
| 118. Schwab Value Advantage - IRA #1 | D | Dividend | N | T | Buy (add'l) | 02/01 | J | | |
| 119. DFA One Year Fixed Income - IRA #1 | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Adams Harkness Small Cap Growth - IRA # 1 | B | Dividend | K | T | | | | | |
| 121. Brandywine Fund - IRA #1 | A | Dividend | L | T | | | | | |
| 122. DFA Emerging Mkts - IRA #1 | B | Dividend | L | T | | | | | |
| 123. DFA Intl Small Value - IRA #1 | B | Dividend | K | T | Sold (part) | 02/01 | L | A | |
| 124. Third Ave Intl Value - IRA #1 | A | Dividend | K | T | Buy | 02/01 | L | | |
| 125. DFA Intl Value - IRA #1 | D | Dividend | L | T | | | | | |
| 126. DFA US Large Value - IRA #1 | B | Dividend | L | T | | | | | |
| 127. DFA US Small Value - IRA #1 | B | Dividend | L | T | | | | | |
| 128. DFA US Micro - IRA #1 | A | Dividend | K | T | | | | | |
| 129. Dodge & Cox Stock - IRA #1 | C | Dividend | K | T | | | | | |
| 130. First Eagle Overseas - IRA #1 | D | Dividend | L | T | | | | | |
| 131. Hotchkis & Wiley Large Value - IRA #1 | B | Dividend | L | T | | | | | |
| 132. Janus Mid Cap Value - IRA #1 | C | Dividend | K | T | | | | | |
| 133. Hotchkis & Wiley Mid Value - IRA #1 | A | Dividend | L | T | | | | | |
| 134. Janus Overseas - IRA #1 | C | Dividend | L | T | | | | | |
| 135. Morgan Stanley Emerging Mkts - IRA #1 | C | Dividend | K | T | | | | | |
| 136. Morgan Stanley Intl Eqty Fund - IRA #1 | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NB Fasciano - IRA #1 | C | Dividend | | | Sold | 10/30 | L | A | |
| 138. Turner Small Cap Equity - IRA #1 | A | Dividend | K | T | Buy | 10/30 | L | | |
| 139. Royce Opportunity - IRA #1 | B | Dividend | K | T | | | | | |
| 140. Royce Value Plus - IRA #1 | A | Dividend | K | T | | | | | |
| 141. Thornburg Intl Value - IRA #1 | A | Dividend | K | T | | | | | |
| 142. Janus Fund - IRA #1 | A | Dividend | L | T | | | | | |
| 143. Turner Core Growth - IRA #1 | A | Dividend | L | T | | | | | |
| 144. Westcore Intl Frontier - IRA #1 | A | Dividend | K | T | | | | | |
| 145. Westcore Mid Cap Value - IRA #1 | B | Dividend | L | T | | | | | |
| 146. Westcore MIDCO Growth - IRA #1 | C | Dividend | L | T | | | | | |
| 147. William Blair Intl Growth - IRA #1 | B | Dividend | L | T | | | | | |
| 148. William Blair Intl Small Cap Growth - IRA #1 | A | Dividend | J | T | | | | | |
| 149. William Blair Large Cap Growth - IRA #1 | A | Dividend | L | T | | | | | |
| 150. Schwab Adv Cash Reserve - IRA #2 | A | Dividend | K | T | | | | | |
| 151. Schwab Value Advantage - IRA #2 | D | Dividend | M | T | Sold (part) | 10/08 | K | A | |
| 152. DFA One Year Fixed Income - IRA #2 | D | Dividend | N | T | Sold (part) | 10/08 | K | A | |
| 153. Adams Harkness Small Cap Growth - IRA #2 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brandywine Fund - IRA #2 | A | Dividend | L | T | | | | | |
| 155. DFA Emerging Mkts - IRA #2 | B | Dividend | K | T | | | | | |
| 156. DFA Intl Small Value - IRA #2 | B | Dividend | K | T | Sold (part) | 02/01 | L | B | |
| 157. Third Ave Intl Value - IRA #2 | A | Dividend | K | T | Buy | 02/01 | L | | |
| 158. DFA Intl Value - IRA #2 | C | Dividend | L | T | Buy (add'l) | 10/08 | J | | |
| 159. DFA US Large Value - IRA #2 | B | Dividend | L | T | | | | | |
| 160. DFA US Small Value - IRA #2 | B | Dividend | K | T | | | | | |
| 161. DFA US Micro - IRA #2 | A | Dividend | K | T | | | | | |
| 162. First Eagle Overseas - IRA #2 | C | Dividend | L | T | | | | | |
| 163. Hotchkis & Wiley Core Value - IRA #2 | | None | | | Sold | 02/01 | L | | |
| 164. Hotchkis & Wiley Large Value - IRA #2 | B | Dividend | L | T | Buy | 02/01 | L | | |
| 165. Janus Mid Cap Value - IRA #2 | A | Dividend | K | T | | | | | |
| 166. Hotchkis & Wiley Mid Value - IRA #2 | C | Dividend | L | T | Buy (add'l) | 10/08 | J | | |
| 167. Janus Overseas - IRA #2 | C | Dividend | L | T | | | | | |
| 168. Morgan Stanley Emerging Mkts - IRA #2 | D | Dividend | K | T | Buy (add'l) | 10/08 | J | | |
| 169. Morgan Stanley Intl Eqty Fund - IRA #2 | D | Dividend | L | T | | | | | |
| 170. Sound Shore - IRA #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NB Fasciano - IRA #2 | C | Dividend | | | Sold | 10/30 | K | A | |
| 172. Turner Small Cap Equity - IRA #2 | A | Dividend | K | T | Buy | 10/30 | K | | |
| 173. Royce Opportunity - IRA #2 | B | Dividend | K | T | | | | | |
| 174. Royce Value Plus - IRA #2 | A | Dividend | K | T | | | | | |
| 175. Thornburg Intl Value - IRA #2 | A | Dividend | K | T | Buy (add'l) | 10/08 | J | | |
| 176. Turner Core Growth - IRA #2 | A | Dividend | L | T | | | | | |
| 177. Janus Fund - IRA #2 | A | Dividend | L | T | Buy (add'l) | 10/08 | J | | |
| 178. Westcore Intl Frontier - IRA #2 | A | Dividend | K | T | | | | | |
| 179. Westcore Mid Cap Value - IRA #2 | A | Dividend | L | T | | | | | |
| 180. Westcore MIDCO Growth - IRA #2 | C | Dividend | L | T | Buy (add'l) | 10/08 | J | | |
| 181. William Blair Intl Growth - IRA #2 | A | Dividend | K | T | | | | | |
| 182. William Blair Intl Small Cap Growth - IRA #2 | D | Dividend | K | T | Buy (add'l) | 10/08 | J | | |
| 183. William Blair Large Cap Growth - IRA #2 | A | Dividend | K | T | | | | | |
| 184. Idearc Inc. | | None | J | T | | | | | |
| 185. AXA | A | Dividend | | | Sold | 02/13 | J | A | |
| 186. MSIF Global Real Estate | A | Dividend | K | T | Sold (part) | 04/15 | J | A | |
| 187. MSIF Systematic Active Small | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MSIF Active Intl Allocation | C | Dividend | K | T | Sold (part) | 03/19 | K | A | |
| 189. | | | | | Sold (part) | 04/15 | K | A | |
| 190. MSIF Emerging Mkts | A | Dividend | K | T | Sold (part) | 04/15 | J | A | |
| 191. MSIF International Magnum | A | Dividend | K | T | Sold (part) | 11/26 | J | A | |
| 192. Progenics Pharmaceuticals | | None | K | T | Buy | 01/14 | K | | |
| 193. | | | | | Buy (add'l) | 02/15 | K | | |
| 194. | | | | | Buy (add'l) | 04/28 | K | | |
| 195. | | | | | Buy (add'l) | 10/06 | J | | |
| 196. | | | | | Buy (add'l) | 10/10 | J | | |
| 197. | | | | | Buy (add'l) | 10/28 | J | | |
| 198. | | | | | Buy (add'l) | 10/30 | J | | |
| 199. | | | | | Buy (add'l) | 11/26 | J | | |
| 200. | | | | | Buy (add'l) | 12/01 | J | | |
| 201. | | | | | Sold (part) | 12/23 | J | | |
| 202. | | | | | Sold (part) | 12/24 | J | | |
| 203. | | | | | Sold (part) | 12/26 | J | | |
| 204. Opko Health Inc. | | None | J | T | Buy (add'l) | 03/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/04 | J | | |
| 206. | | | | | Buy (add'l) | 07/10 | J | | |
| 207. Citigroup Inc. | A | Dividend | K | T | Buy (add'l) | 01/23 | J | | |
| 208. | | | | | Buy (add'l) | 07/10 | J | | |
| 209. | | | | | Buy (add'l) | 09/15 | J | | |
| 210. | | | | | Buy (add'l) | 09/18 | J | | |
| 211. | | | | | Buy (add'l) | 10/10 | J | | |
| 212. | | | | | Buy (add'l) | 11/26 | J | | |
| 213. Pep Boys | A | Dividend | J | T | Buy (add'l) | 01/04 | J | | |
| 214. | | | | | Buy (add'l) | 01/14 | J | | |
| 215. Rental Property; Philadelphia, PA | E | Rent | O | W | | | | | |
| 216. Columbia Labs | | None | J | T | Buy | 02/15 | J | | |
| 217. | | | | | Buy (add'l) | 10/10 | J | | |
| 218. | | | | | Buy (add'l) | 10/13 | J | | |
| 219. Entercom Communications Corp. | | None | J | T | Buy | 12/10 | J | | |
| 220. Unisys Corp. | | None | J | T | Buy | 02/12 | J | | |
| 221. | | | | | Buy (add'l) | 02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 10/31 | J | | |
| 223. | | | | | Buy (add'l) | 11/26 | J | | |
| 224. LLR Equity Partners Parallel III | A | Interest | J | U | Buy | 03/28 | K | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/09/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES O... ...SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544